UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

| IN RE: | CASE NO: 16-44061-PJS |
|---|---|
| MARSENA L TYRONE | CHAPTER 13 |
| | JUDGE PHILLIP J SHEFFERLY |
| Debtor | |

### CERTIFICATE OF SERVICE

I certify that on the date indicated below, a copy of a Payment Order

was served, by depositing a copy in the U.S. Mail, postage prepaid properly

addressed as follows:

Michigan Dept Of Treasury
Financial Div/Attn: E. Watson
430 W Allegan Street
Lansing  MI 48922


William C Babut
700 Towner Ste 1
Ypsilanti  MI 48198-5757



Office of the Chapter 13 Standing Trustee

Dated: April 12, 2016    /s/ Holly Richert
Holly Richert
For Chapter 13 Standing Trustee
Krispen S. Carroll
719 Griswold, Suite 1100
Detroit, MI  48226
(313) 962-5035
notice@det13ksc.com