UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re: **Marsena L. Tyronce**

Debtor(s).

CHAPTER 13
CASE NO: **16-44061**
JUDGE **Phillip J. Shefferly**

## ORDER CONFIRMING PLAN

The Debtor(s)' Chapter 13 plan was duly served on all parties in interest. A hearing on confirmation of the plan was held after due notice to parties in interest. Objections, if any, have been resolved. The Court hereby finds that each of the requirements for confirmation of a Chapter 13 plan pursuant to 11 USC §1325(a) are met.

Therefore, IT IS HEREBY ORDERED that the Debtor(s)' Chapter 13 plan, as last amended, if at all, is confirmed.

IT IS FURTHER ORDERED that the claim of **Babut Law Office, P.L.L.C.**, Attorney for the Debtor(s), for the allowance of compensation and reimbursement of expenses is allowed in the total amount of $ **3,500.00** in fees and $ **0.00** in expenses, and that the portion of such claim which has not already been paid, to-wit: $ **3,000.00** shall be paid by the Trustee as an administrative expense of this case.

IT IS FURTHER ORDERED that the Debtor(s) shall maintain all policies of insurance on all property of the Debtor(s) and this estate as required by law and contract.

All filed claims to which an objection has not been filed are deemed allowed pursuant to 11 USC §502(a), and the Trustee is therefore ORDERED to make distributions on these claims pursuant to the terms of the Chapter 13 plan, as well as all fees due the Clerk pursuant to statute.

IT IS FURTHER ORDERED as follows: [*Only provisions checked below apply*]

☒ The Debtor(s)' Plan payments shall be increased to $ 394.47 bi-weekly effective the 1st day of October, 2017

☒ In the event that debtor(s) fail(s) to make any future Chapter 13 plan payments, the Trustee may submit a notice of default, served upon debtor and debtor's counsel and permitting 30 days from the service of the notice in which to cure any and all defaults in payments. If debtor(s) fails to cure the defaults in payments after having been provided notice under the provisions of this order, then the Trustee may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make plan payments, and the proceedings may be thereafter dismissed without a further hearing, or notice.

☒ Other: Consumer Portfolio Services ("CPS") shall have a secured Class 5.2 claim for the 2004 Lincoln Towncar to be paid $6017.00 of principal at 6% interest. The remainder of CPS's claim shall be treated as a Class 9 general unsecured claim. CPS is not required to file an amended proof of claim pursuant to L.B.R. 4011-C.

☒ Debtor shall remit 2015 federal tax refund in the amount of $377.00 by 11/30/16.

| Approved: | Objections Withdrawn: | Approved: |
|---|---|---|
| /s/ Maria Gotsis | /s/ Richard Green | /s/ Thomas Paluchniak |
| Krispen S. Carroll (P49817) | Richard Green | Thomas Paluchniak (P70284) |
| Margaret Conti Schmidt (P42945) | Attorney for Consumer Portfolio Services (CPS) | Babut Law Offices P.L.L.C. |
| Maria Gotsis (P67107) | 133 West Main Street, Suite 130 | Attorney for Debtor(s) |
| Chapter 13 Standing Trustee | Northville, MI 48167 | 700 Towner Street |
| 719 Griswold St., Ste 1100 | | Ypsilanti, MI 48198 |
| Detroit, MI 48226 | | (734) 485-7000 |
| (313) 962-5035 | | tpaluchniak@babutlaw.com |
| notice@det13ksc.com | | |

.

**Signed on August 20, 2016**

                                                       **/s/ Phillip J. Shefferly**

Phillip J. Shefferly
United States Bankruptcy Judge